In the Matter of the Application of HORTENSE DANAHER, Appellant, for a Mandamus Order against Rev. WILLIAM A. COURTNEY, President, and Others, as

Members of and Constituting the Board of Child Welfare of the City of New York, Respondents.— Order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy and Townley, JJ.